# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148456

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                    SC: 148456
                                                     COA: 317873
                                                     Oakland CC: 2012-243213-FC
JAMES KEYE,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 21, 2013
order of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

        March 28, 2014



                                                     Clerk

t0324